**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HUMANA INC., | Civil Action No. |
| Plaintiff, | 23-23023 (BRM) (LDW) |
| v. | |
| MERCK & COMPANY INC., *et al.*, | **ORDER** |
| Defendants/Third-Party Plaintiffs, | |
| v. | |
| AMERISOURCEBERGEN DRUG CORP., *et al.*, | |
| Third-Party Defendants. | |
| CENTENE CORPORATION, *et al.*, | Civil Action No. |
| Plaintiffs, | 23-23033 (BRM) (LDW) |
| v. | |
| MERCK & COMPANY INC., *et al.*, | |
| Defendants. | |

**THIS MATTER** having come before the Court by way of April 3, 2026, April 10, 2026, April 30, 2026, and May 7, 2026 discovery dispute letters in *Humana v. Merck & Co. Inc.*, 23-23023 (BRM) (ECF 184, 185, 186, 187, 189) and May 1, 2026 and May 8, 2026 discovery dispute letters in *Centene v. Merck & Co. Inc.*, 23-23033 (BRM) (ECF 110, 114); and the Court having held oral argument on these discovery disputes on June 22, 2026; and for the reasons set forth more fully on the record;

**IT IS** on this day, June 26, 2026, **ORDERED** that:

1. Humana's application to compel defendants (collectively, "Merck") to respond to Interrogatory No. 7 is granted.

2. Humana's application to compel Merck to respond to Interrogatory No. 8 is denied without prejudice. Humana shall re-serve a narrowed version of Interrogatory No. 8 limited to the identity of each person involved with preparing, negotiating, approving, or executing the Direct Purchaser Settlement Agreement in the *Zetia* MDL who had knowledge of the assignment.

3. Humana's application to compel Merck to respond to RFP Nos. 47, 48, 49, and 50 is denied without prejudice as the requests are overbroad. Plaintiffs shall re-serve narrowed versions of these document requests.

4. Humana's application to compel Merck to respond to RFP Nos. 51, 52, 53, 54, 55, 56, 57, 58, 59, and 60, with any modifications discussed on the record, is granted.

5. Humana's application to compel Merck to produce a witness to testify on Topics 9-11 of its Amended Rule 30(b)(6) Deposition Notice is denied without prejudice as the topics are overbroad. Humana may re-serve one narrowed Rule 30(b)(6) deposition topic covering this subject matter.

6. The Court defers decision on Humana's application to compel Merck to produce a witness to testify on Topic 12 of its Amended Rule 30(b)(6) Deposition Notice. Humana may renew this application after Merck's supplemental written discovery responses are produced, if necessary.

7. Humana's application to compel Merck to produce a witness to testify on Topic 13 of its Amended Rule 30(b)(6) Deposition Notice is denied without prejudice as the topic is

overbroad.  Humana may re-serve a narrowed Rule 30(b)(6) deposition topic covering this subject matter.

8.  Humana's application to compel non-party Eric Stock to appear for deposition is denied without prejudice.

9.  Merck's cross-application to compel Humana to produce discovery (ECF 187) is denied as there is no indication that the parties have engaged in a thorough meet and confer and reached impasse.

10. Merck's application to compel Centene to produce a witness for a Rule 30(b)(6) deposition on the topic of document preservation and gaps in Centene's document production is denied without prejudice.  The parties are directed to meet and confer regarding gaps in Centene's document productions.

11. The parties are directed to file a joint letter no later than **July 8, 2026** proposing deadlines for service of revised discovery requests and supplemental responses in accordance with the Court's rulings, as well as any requested modifications to the discovery schedule.

12. The Clerk of Court is directed to terminate the motions at ECF 184, 186, and 189 in *Humana v. Merck & Co. Inc.*, 23-23023 (BRM).  The Clerk of Court is directed to terminate the motion at ECF 110 in *Centene v. Merck & Co. Inc.*, 23-23033 (BRM).

 *s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge