# McCarter & English

| Scott Weingart | McCarter & English, LLP |
|---|---|
| Associate | Four Gateway Center |
| T. 973-849-4005 | 100 Mulberry Street |
| F. 973-297-3911 | Newark, NJ 07102-4056 |
| sweingart@mccarter.com | www.mccarter.com |

July 18, 2026

FILED ELECTRONICALLY

Hon. Leda Dunn Wettre, United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: Humana, Inc., v. Merck & Company, Inc., et al., No. 2:23-cv-23023**

Dear Judge Wettre,

We represents Defendants/Third-Party Plaintiffs Merck & Company, Inc., Merck Sharp & Dohme Corporation, Schering-Plough Corporation, and Schering Corporation (the "Merck Defendants") in the above-captioned matter. Via this letter and the attached certifications, we seek the *pro hac vice* admission of Eric J. Stock of the law firm of Gibson Dunn & Crutcher, LLP in this matter. A proposed form of order is also attached. Counsel for Plaintiff and Counsel for Third Party Defendants consent to this application.

We thank the Court for its attention to this matter.

Respectfully submitted,

s/ Scott Weingart

Scott Weingart


Attachments

cc:     Counsel of Record (via ECF)